■ NELSON ABREU, SR., et al., Appellants, v SONYA WATERS et al., Respondents. [608 NYS2d 67] —Order, Supreme Court, Bronx County (Barry Salman, J.), entered on or about March 4, 1993, which granted defendants' motion to change venue from Bronx County to Kings County, unanimously affirmed, without costs.

The IAS Court did not abuse its discretion in transferring this action to Kings County, where all the material nonparty witnesses work or reside and the cause of action arose. Concur —Carro, J. P., Wallach, Asch and Nardelli, JJ.

■ AMSTAR SUGAR CORPORATION, Appellant-Respondent, v C.A. SHEA AND COMPANY, INC., Respondent-Appellant. [608 NYS2d 68] —Order, Supreme Court, New York County (Joan Lobis, J.), entered on or about October 23, 1992, unanimously affirmed for the reasons stated by Lobis, J., with costs and disbursements. No opinion. Concur—Carro, J. P., Rubin, Asch and Nardelli, JJ.